UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICARDO ALVARADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　Respondent. | Case No. 2:23-cv-00592-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Ricardo Alvarado ("Petitioner"), the Motion to Dismiss the Petition (Dkt. 6, "Motion") filed by Respondent, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 8, "Report"). No party filed a timely objection to the Report or timely sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that:

(1) The Motion (Dkt. 6) is GRANTED; and

(2) Judgment shall be entered dismissing this action without prejudice.

Dated: May 10, 2023

_____
OTIS D. WRIGHT, II
United States District Judge