# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICARDO ALVARADO, | Case No. 2:23-cv-00592-ODW-JDE |
| Petitioner, | |
| v. | JUDGMENT |
| BRYAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied, and this action is dismissed without prejudice.

Dated: May 10, 2023

OTIS D. WRIGHT, II
United States District Judge